UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN,<br><br>            Plaintiff,<br><br>     v.<br><br>MACCHERONI REPUBLIC, INC. et al.,<br><br>            Defendants. | Case No. CV 19-5080 PA (AFMx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's November 15, 2019 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed is dismissed without prejudice.

DATED: November 18, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE